1  Robert D. Mitchell, 011922
2  Megan R. Jury, 025520
   Sarah K. Deutsch, 026229
3  MITCHELL & ASSOCIATES
   A Professional Corporation
4  Viad Corporate Center, Suite 2030
5  1850 North Central Avenue
   Phoenix, Arizona  85004
6  Telephone (602) 468-1411
7  Fax (602) 468-1311
   robertmitchell@mitchell-attorneys.com
8  meganjury@mitchell-attorneys.com
   sarahdeutsch@mitchell-attorneys.com
9  www.mitchell-attorneys.com

10  Counsel for Defendants

11           IN THE UNITED STATES DISTRICT COURT

12              FOR THE DISTRICT OF ARIZONA

13

| | |
|---|---|
| ROBERT SIERP, a married man; and MONITOR STREET, LLC, a Wisconsin limited liability company, | Case No. |
| Plaintiffs, | **DEFENDANTS' NOTICE OF REMOVAL** |
| vs. | |
| DEGREEN PARTNERS LP, a Delaware limited partnership; DEGREEN CAPITAL MANAGEMENT, LLC, an Arizona limited liability company; and KEITH DEGREEN and LYNN DEGREEN, husband and wife, | |
| Defendants. | |

25        Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and LRCiv 3.6, Defendants hereby

26  give notice of removal of the civil action captioned <u>Sierp, et al. v. DeGreen Partners LP, et</u>

27  <u>al.</u>, Case No. CV2014-013189, from the Superior Court, Maricopa County, Arizona ("State

28                                        1

Court") to the United States District Court for the District of Arizona ("District Court").  All Defendants join in and consent to the removal of the State Court action to the District Court.

In compliance with 28 U.S.C. § 1446(a) and LRCiv 3.6, Defendants attach hereto counsel's verification and a true and complete copy of all of the process, pleadings and orders in the State Court action, which include the following: (1) Summons to DeGreen Partners LP; (2) Summons to DeGreen Capital Management, LLC; (3) Summons to Keith DeGreen and Lynn DeGreen; (4) Application for Order to Produce Partnership Records; (5) Certificate of Compulsory Arbitration; (6) Plaintiffs' Application In Support of Request for an Order to Show Cause and for Order Requiring Production of Partnership Records; (7) Plaintiffs' Notice of Lodging of Proposed Court Order; and (8) Order to Show Cause.

The grounds for removal of this action are as follows:

<u>Background</u>

1.      On October 15, 2014, Plaintiffs filed the State Court action.

2.      To date, Defendants have not been served with the Summons and Application for Order to Produce Partnership Records.

3.      Defendants have not pled, answered or otherwise appeared in the State Court action.

4.      Defendants hereby reserve all defenses, and will present their defenses within the time set forth in Fed. R. Civ. P. 81(c)(2).

5.      Removal is proper under 28 U.S.C. § 1441(a) because the District Court has original jurisdiction as the action is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000.00.

6.      Venue is proper under 28 U.S.C. § 1441(a) as the State Court action may be removed to the United States District Court for the district or division embracing the place where the State Court action was pending.

7.      Defendants' Notice of Removal is timely under 28 U.S.C. § 1446(b).

2

8.      Pursuant to 28 U.S.C. § 1446(d), a written Notice of Filing Notice of Removal will be promptly and contemporaneously filed with the Clerk of the Court of the State Court, and a copy delivered to Plaintiffs through their counsel of record.  The Notice of Filing Notice of Removal to be filed in the State Court action is attached hereto as Exhibit 9.

### Diversity of Citizenship

9.      The Application for Order to Produce Partnership Records alleges Plaintiff Robert Sierp is a Texas resident.  *See* Appl. ¶ 1.

10.     The Application for Order to Produce Partnership Records alleges Plaintiff Monitor Street, LLC is a Wisconsin limited liability company.  *See* Appl. ¶ 2.

11.     The Application for Order to Produce Partnership Records alleges Defendant DeGreen Partners LP is a Delaware limited partnership doing business in Arizona.  *See* Appl. ¶ 3.

12.     The Application for Order to Produce Partnership Records alleges Defendant DeGreen Capital Management, LLC is an Arizona limited liability company doing business in Arizona.  *See* Appl. ¶ 4.

13.     The Application for Order to Produce Partnership Records alleges Defendant Keith DeGreen is an Arizona and Ohio resident.  *See* Appl. ¶ 5.

14.     The Application for Order to Produce Partnership Records alleges Defendant Lynn DeGreen is an Arizona and Ohio resident.  *See* Appl. ¶ 6.

15.     Based upon the above allegations in the Application for Order to Produce Partnership Records, Plaintiffs are diverse from Defendants and the parties meet the diversity of citizenship requirement set forth in 28 U.S.C. § 1332.

### Amount in Controversy

16.     In actions seeking equitable relief, "it is well established that the amount in controversy is measured by the value of the object of the litigation."  Cohn v. Petsmart, Inc.,

281 F.3d 837, 840 (9th Cir. 2002) (quoting Hunt v. Wash. State Apple Adver. Comm'n, 432 U.S. 333, 347 (1977)).

17.     The Application for Order to Produce Partnership Records seeks equitable relief in the form of a court ordered inspection or production of the books and records of Defendant DeGreen Partners LP.  *See* Appl. ¶¶ 31-37.

18.     The object of the litigation is Plaintiffs' $1,250,000.00 investment in Defendant DeGreen Partners LP and alleged loss thereof of nearly 81% or $1,009,588.00, for which Plaintiffs reserved the right to assert any substantive claims that they discover upon review of the demanded materials.  *See* Appl. ¶¶ 15, 18 & on pg. 10 n.2.

19.     Plaintiffs also seek their attorneys' fees and costs.  *See* Appl. on pg. 11, ¶¶ 3-4.

20.     Based upon the applicable law and above allegations in the Application for Order to Produce Partnership Records, the amount in controversy exceeds the jurisdictional requirement of $75,000.00 for actions based on diversity of citizenship.

## Conclusion

21.     This District Court would have had original subject matter jurisdiction of this action under 28 U.S.C. § 1332 if the action had originally been brought in federal court.

22.     Because the diversity of citizenship and amount in controversy requirements under 28 U.S.C. § 1332 are met, removal is proper under 28 U.S.C. § 1441(a).

DATED this 23rd day of October, 2014.

MITCHELL & ASSOCIATES
A Professional Corporation


/s/ Robert D. Mitchell
By_____
    Robert D. Mitchell, 011922
    Megan R. Jury, 025520
    Sarah K. Deutsch, 026229
    Viad Corporate Center, Suite 2030
    1850 North Central Avenue
    Phoenix, Arizona 85004
    *Counsel for Defendants*

1

**<u>CERTIFICATE OF SERVICE</u>**

2

    I hereby certify that on October 23, 2014, I electronically transmitted the foregoing

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the CM/ECF registrants and delivered a copy of the foregoing

5

document via first-class, postage pre-paid U.S. Mail to the following:

6

7

Alan S. Baskin, Esq.
David E. Wood, Esq.
Baskin Richards PLC
2901 North Central Avenue, Suite 1150
Phoenix, Arizona 85012
*Counsel for Plaintiffs*

8

9

10

11

12

/s/ Robert D. Mitchell

13

_____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**VERIFICATION**

I, Robert D. Mitchell, being first duly sworn upon my oath, depose and state as follows:

1.      I am an attorney for Defendants DeGreen Partners LP, DeGreen Capital Management, LLC, Keith DeGreen and Lynn DeGreen in the matter of <u>Sierp, et al. v. DeGreen Partners LP, et al.</u>, Case No. CV2014-013189, in the Superior Court, Maricopa County, Arizona.

2.      I make this Verification in support of Defendants' Notice of Removal, and to show the fact and manner of compliance with the provisions of 28 U.S.C. § 1446(a) and LRCiv 3.6.

3.      I hereby verify that the documents attached as Exhibits 1-8 are true and complete copies of all pleadings and other documents that were previously filed in the state court proceeding referenced above.

I therefore declare that the foregoing is true and correct.

DATED this 23rd day of October, 2014.

MITCHELL & ASSOCIATES
A Professional Corporation


/s/ Robert D. Mitchell
By_____
   Robert D. Mitchell, 011922
   Megan R. Jury, 025520
   Sarah K. Deutsch, 026229
   Viad Corporate Center, Suite 2030
   1850 North Central Avenue
   Phoenix, Arizona 85004
   *Counsel for Defendants*

1